UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-53-TJC-PDB
    21 U.S.C. § 846

MICHAEL HERNANDEZ

## INFORMATION

The Acting United States Attorney charges:

### COUNT ONE

From in or about March 2020 through April 2020, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL HERNANDEZ,

did knowingly and willingly conspire with other persons, both known and unknown, to distribute a controlled substance. The violation involved 50 grams or more of pure/actual methamphetamine, a Schedule II controlled substance.

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant, MICHAEL HERNANDEZ, obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

                                                  KARIN HOPPMANN
                                                  Acting United States Attorney

By:   */s/ Julie Hackenberry*
       Julie Hackenberry
       Assistant United States Attorney

By:   */s/ Frank M. Talbot*
       Frank M. Talbot
       Assistant United States Attorney
       Chief, Jacksonville Division